UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

In the Matter of:

**KAREN K KILE,**

Case No. 10-23655-DSO
Chapter 7
HON. DANIEL S. OPPERMAN

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED FUNDS UNDER $5.00

**TO: CLERK OF THE COURT**

NOW COMES Daniel C. Himmelspach, Trustee, and states that he currently has funds in the amount of $2.49 for deposit in the U. S. Registry made payable to U. S. Bankruptcy Court.

The basis for payment of said funds to the U. S. Registry is Claims under $5.00 on behalf of the following creditor(s):

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Verizon Wireless | 5 | 2.49 |
| | **TOTAL** | |

Dated: August 8, 2011

   **/s/ DANIEL C. HIMMELSPACH**
DANIEL C. HIMMELSPACH, Chapter 7 Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspach@gmail.com